FILED - GR
August 11, 2025 1:29 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JJM   SCANNED BY: m /8/12

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

Abdirizak J. Abdiyow #00357973

(Enter above the full name of the plaintiff(s), including prisoner number, in this action. If you cannot list all plaintiffs in the space provided, please write "see attached" and list all names on an additional page.)

1:25-cv-919
Sally Berens- Magistrate Judge

v.

Reigler

(Enter above the full name of the defendant(s) in this action. If you cannot list all defendants in the space provided, please write "see attached" and list all names on an additional page.)

## COMPLAINT
*(Print Clearly)*

I. **Previous Lawsuits**

**CAUTION:** The Prison Litigation Reform Act has resulted in substantial changes in the ability of incarcerated individuals to initiate lawsuits in federal courts without prepayment of the civil action filing fee. Accurate and complete responses are required concerning your litigation history. Generally, a plaintiff's failure to accurately and completely answer the questions set forth below will result in denial of the privilege of proceeding *in forma pauperis* and require you to pay the entire $405.00 filing fee regardless of whether your complaint is dismissed.

A. Have you ever filed a lawsuit while incarcerated or detained in any prison or jail facility?   Yes ☑  No ☐

B. If your answer to question A was yes, for each lawsuit you have filed you must answer questions 1 through 5 below. Attach additional sheets as necessary to answer questions 1 through 5 below with regard to each lawsuit.

1. Identify the court in which the lawsuit was filed. If it was a state court, identify the county in which the suit was filed. If the lawsuit was filed in federal court, identify the district within which the lawsuit was filed.

   U.S. District Court, Western District of Michigan

2. Is the action still pending?   Yes ☑  No ☐

   a. If your answer was no, state precisely how the action was resolved: _____

3. Did you appeal the decision?   Yes ☐  No ☑
4. Is the appeal still pending?   Yes ☐  No ☑

   a. If not pending, what was the decision on appeal? _____

5. Was the previous lawsuit based upon the same or similar facts asserted in this lawsuit? Yes ☐  No ☑

   a. If so, explain: _____

II. **Parties**

A. Plaintiff(s)

Enter your name, place of confinement, address, and place of confinement during the events described in the complaint in the blanks below. Provide the same information for any additional plaintiffs. Attach extra sheets as necessary.

Name of Plaintiff  Abdirizak J. Abdiyow

Place of Present Confinement  Kent County Correctional Facility

Address  703 Ball Ave. NE Grand Rapids, MI 49503

Place of Confinement During Events Described in Complaint  Kent County Correctional Facility

B. Defendant(s)

Complete the information requested below for each defendant in this action, including whether you are suing each defendant in an official and/or personal capacity. Provide the same information for each additional defendant. If there are more than six defendants attach extra sheets as necessary.

Name of Defendant #1  Deputy Reigler

Position or Title  Deputy/Correctional Officer

Place of Employment  Kent County Correctional Facility

Address  703 Ball Ave NE, Grand Rapids MI 49503

Official and/or personal capacity?  Personal

Name of Defendant #2  _____

Position or Title  _____

Place of Employment  _____

Address  _____

Official and/or personal capacity?  _____

Name of Defendant #3  _____

Position or Title  _____

Place of Employment  _____

Address  _____

Official and/or personal capacity?  _____

Name of Defendant #4  _____

Position or Title  _____

Place of Employment  _____

Address  _____

Official and/or personal capacity?  _____

Name of Defendant #5  _____

Position or Title  _____

Place of Employment  _____

Address  _____

Official and/or personal capacity?  _____

(W.D. Mich. Form – Last Revised: September 2021)

### III. Statement of Claim

State here the **facts** of your case. Describe how each defendant is personally involved. Include also the names of other persons involved, dates and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. **Do not include unrelated claims.** Use as much space as you need. Attach extra sheets if necessary.

On or about 07/24/2025 Deputy Reigler a Correction officer at KCCF violated my First amendment right and the County's Mail policy when he opened and gave legal mail of mine that said on the envelope "Attorney/Client Privilege Open In Presence Of Addressee Only" to another inmate in the pod allowing this inmate to read my mail that's supposed to be Confidential giving this inmate knowledge he's not supposed to have regarding my case. Not Only did the deputy make the mistake of giving my legal mail away, he didn't correct his error by bringing my mail to me as he was supposed to. I was Informed at about 8:00 Am on July 24th, 2025 during morning cleanup from the inmate my mail was given to that sometime during the night or early Morning the deputy Reigler who works in DI Opened and gave him legal mail with my name on it and this inmate read what was inside the envelope. I put in a kite to the Sargeants Informing them about this whole ordeal and how if they review Camera footage from the early morning hours of July 24th 2025 to about 8:00 Am that same day they will see the deputy stopping at an inmates door and proceed to give him mail and the Same inmate later that morning stops at my cell and hands me my mail through the Crack of the door. legal mail is Stamped with the date it was recieved into the Jail and passed back. On my envelope it's stamped and dated "Jul 23 2025" but Camera footage from the Jail will show I was not called out to get any mail or that no deputies stopped at my cell on this date to hand me any mail.

IV. **Relief**

State briefly and precisely what you want the court to do for you.

I would like the Court to grant me Monetary damages of $50,000.

V. **Notice to Plaintiff Regarding Consent**

In accordance with the provisions of 28 U.S.C. § 636(c) and Federal Rule of Civil Procedure 73, you are hereby notified that the United States magistrate judges of this district court may, upon your consent, conduct any or all proceedings in this case, including a jury trial and entry of a final judgment. If you consent, any appeal from a judgment entered by a magistrate judge shall be taken directly to the United States Court of Appeals for this judicial circuit in the same manner as an appeal from any other judgment of a district court.

Magistrate judges have greater flexibility in their schedules than district judges, who have heavy criminal caseloads that take priority over civil trials. Accordingly, the magistrate judges are generally able to schedule prisoner civil rights cases for jury trial much sooner, and they are able to provide firm trial dates. Magistrate judges are experienced trial judges who handle a great number of prisoner civil rights cases.

Your decision to consent to the dispositive jurisdiction of a United States magistrate is entirely voluntary. If you do not consent to a magistrate judge, the case will be randomly assigned to a district judge. The magistrate judge already assigned to this case would continue to decide all pretrial matters and would handle all dispositive motions by report and recommendation.

Please check **ONE** box below to indicate whether you voluntarily consent to proceed with a United States magistrate judge or if you would instead prefer that the case be assigned to a district judge.

☑ I hereby voluntarily consent to the United States magistrate judge conducting all proceedings in this case, including entry of a final judgment and all post-judgment matters.

☐ I request that this case be assigned to a district judge.

08-04-2025
**Date**

a. Abdiyow
**Signature of Plaintiff**

**NOTICE TO PLAINTIFF(S)**

The failure of a *pro se* litigant to keep the court apprised of an address change may be considered cause for dismissal.

- 5 -    (W.D. Mich. Form – Last Revised: September 2021)

Abdirizak Abdinur Hirsi
103 Ball Ave NE
Kent County Correctional Facility
Grand Rapids, MI 49503

GRAND RAPIDS MI 493
8 AUG 2025 PM 4 L

USA FOREVER 1775 ★ 2025

U.S. District Court
399 Federal Building
110 Michigan St., NW
Grand Rapids, MI 49503

This mail originates from the Kent County Correctional Facility

49503-236399

